# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: ywon | Date Created: 12/1/2015 |
| Case: 15–53778 | Form ID: SJAD13 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
tr     Devin Derham–Burk     ctdocs@ch13sj.com
aty     Geoff Wiggs     ECF@wiggslaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Norma U. Pascua     496 Lanfair Circle     San Jose, CA 95136

TOTAL: 1