GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>**NORMA U. PASCUA,**<br><br>**AKA**<br>**NORMA URPILLA PASCUA**<br><br>Debtor. | Case No. **15−53778 MEH 13**<br><br>Chapter 13<br><br>**DEBTOR'S DECLARATION**<br>**SUPPORTING EXEMPTIONS** |

I, **NORMA U. PASCUA**, make the following declaration regarding the exemptions I have claimed on my bankruptcy schedules.

1. I am 73 years of age;

2. I am not disabled, but I care for my disabled son in my home;

3. My gross income is as follows:

    a. 2015 - $14,815.00,

    b. 2016 - $3,000.00;

4. I have owned my house since 1993;

5. I have not transferred any assets in the ten years prior to filing this Chapter 13 case with intent to hinder, delay, or defraud a creditor;

6. I have never been convicted of a felony as defined in section 3156 of title 18;

7. I do not owe any debts arising from any violation of federal or state securities laws, regulations, or orders;

- 1 -

8. I do not owe any debts arising from any violation of fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933;

9. I do not owe any debts arising from any violation of any civil remedy under section 1964 of title 18;

10. I do not owe any debts arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

I declare this statement is true and correct under penalty of perjury.

Executed this March 10, 2016, in San Mateo, California.

oo0oo

Dated: March 10, 2016

                                      /s/ NORMA U. PASCUA
                                      Debtor

- 2 -

DECLARATION IN SUPPORT OF EXEMPTION        CASE # 15−53778 MEH 13

Case: 15-53778    Doc# 24    Filed: 03/11/16    Entered: 03/11/16 10:37:26    Page 2 of 2