DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

PASCUA, NORMA U

Debtor(s)

Chapter 13
Case No. 15-53778 MEH

FOURTH AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Confirmation Date: N/A - Trustee's Pending List

Judge: M. Elaine Hammond

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Trustee is unable to determine whether the proposed term meets the requirements of 11 U.S.C. §1322(d). Section 1 of the Third Amended Plan provides for plan payments of "$750.00 per month for 24 months, then $910.00 per month for 36 months." Pursuant to Section 2(d) of the plan, the term is estimated. An Amended Plan must be filed to delete reference to the specific number of months the debtor will make and provide for plan payments of "$750.00 per month for 24 months, then $910.00 per month thereafter."

2. The Trustee questions the feasibility of the plan pursuant to 11 U.S.C. §1325(a)(6). Section 1 of the Chapter 13 Plan indicates that Debtor shall make plan payments of

Trustee's Objection to Confirmation – 15-53778 MEH

$750.00 per month for 24 months, then $910.00 per month for 36 months; however, the monthly plan payments of $750.00 are insufficient to cover the proposed adequate protection payments to creditors in Section 2(b) of the plan for the amount of $709.07 plus Trustee's fees.

3. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) is met, the Trustee requests that the Debtor provide her with a copy of each federal income tax return and W-2 form required under applicable law with respect to each tax year of the Debtor ending while the case is pending confirmation. The tax return shall be provided to her at the same time it is filed with the taxing authority.

Dated: September 9, 2016  /S/ Devin Derham-Burk
　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Fourth Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on September 9, 2016.

Said envelopes were addressed as follows:

| | |
|---|---|
| NORMA U PASCUA<br>496 LANFAIR CIR<br>SAN JOSE CA 95136 | LAW OFFICES OF GEOFF WIGGS<br>1900 S NORFOLK ST #350<br>SAN MATEO CA 94403 |

/S/  Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee